■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KELVIN GREEN, Appellant. [641 NYS2d 556] —Appeal by the defendant from a judgment of the Supreme Court, Queens County

(Flaherty, J.), rendered November 9, 1994, convicting him of robbery in the second degree, criminal possession of stolen property in the fourth degree (four counts), and criminal possession of stolen property in the fifth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, issues of credibility, and the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (*see, People v Gaimari,* 176 NY 84). The jury's determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see, People v Garafolo,* 44 AD2d 86). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]). Mangano, P. J., Ritter, Hart and McGinity, JJ., concur.